**FILED**
June 1, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RUBIN RODRIGUEZ, AKA ARMANDO )<br>CARILLO, )<br>)<br>Defendant. ) | Case No. CR S-04-0174 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **RUBIN RODRIGUEZ, AKA ARMANDO CARILLO** , Case No.  **CR S-04-0174 MCE** , Charge  **18 USC 1001(a)(2) - False Statement** , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

✔   (Other)   **The defendant is sentenced to time served, as ordered in court on May 31, 2005.**

Issued at  **Sacramento, CA**  on  **June 1, 2005**  at  **8:32 am** .

By   /s/ Morrison C. England
      Morrison C. England, Jr.
      United States District Judge

Copy 5 - Court